## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

**OHIO VALLEY ENVIRONMENTAL**
**COALITION, INC., WEST VIRGINIA**
**HIGHLANDS CONSERVANCY, INC.,**
**and SIERRA CLUB,**

     Plaintiffs,

v.                                   **CIVIL ACTION NO. 2:12-cv-3750**

**FOLA COAL COMPANY, LLC,**

     Defendant.

### PARTIES' REPORT OF RULE 26(f) PLANNING MEETING
### AND NARRATIVE EXPLANATION OF PROPOSED SCHEDULE FOR PHASE II

By Order entered February 25, 2014, the Court directed the Parties to meet and file a Rule 26(f) Report for Phase II of this proceeding, which relates to the nature of relief or remedies. ECF No. 71. The Parties conferred and have agreed upon a proposed schedule. Defendant intends to file a motion regarding mootness that, if granted, would obviate the need for some or all discovery for Phase II. Thus, the Parties have agreed upon and propose a briefing schedule and a hearing before the Court on Defendant's motion prior to the discovery deadlines. The Parties respectfully request that the Court enter the following schedule for Phase II:

| EVENT | DEADLINE |
|---|---|
| Defendant's Motion | April 4, 2014 |
| Plaintiffs' Response to Defendant's Motion | April 18, 2014 |
| Defendant's Reply to Plaintiffs' Response | April 25, 2014 |
| Hearing on Defendant's Motion | May ___, 2014 |
| Last Date to Serve Discovery Requests | August 22, 2014 |

{C2822944.1}

| | |
|---|---|
| Discovery Completion Date | October 6, 2014 |
| Rule 26(a)(2) Disclosures by Party Bearing Burden of Proof | July 22, 2014 |
| Rule 26(a)(2) Disclosures by Party Not Bearing Burden of Proof | August 22, 2014 |
| Rule 26(a)(2) Disclosures for Rebuttal | September 19, 2014 |
| Settlement Meeting and Rule 26(a)(3) Disclosures | September 30, 2014 |
| Plaintiffs' Portion of Pretrial Order | October 7, 2014 |
| Proposed Integrated Pretrial Order | October 14, 2014 |
| Pretrial Conference | October 21, 2014 |
| Final Settlement Conference | November 3, 2014 |
| Trial | November 4, 2014 |

Respectfully submitted,

/s/ *Derek O. Teaney*
DEREK O. TEANEY, WVBN 10223
JOSEPH M. LOVETT, WVBN 6926
Appalachian Mountain Advocates
P.O. Box 507
Lewisburg, WV  24901
*Counsel for Plaintiffs*

/s/ *Jennifer L. Hughes*
ROBERT G. McLUSKY, WVBN 2489
JENNIFER HUGHES, WVBN 9676
MATTHEW S. TYREE, WVBN 11160
JACKSON KELLY PLLC
1600 Laidley Tower
Post Office Box 553
Charleston, West Virginia 25322
*Counsel for Defendant*